IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Robert Varney Hill, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 2:09-cv-110 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Eric H. Holder, Attorney General, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Respondents' motion to dismiss (Doc. #3) be granted, and Robert Varney Hill's petition for a writ of habeas corpus (Doc. #1) be dismissed with prejudice (Doc. #5).  The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.

For the reasons set forth therein, Respondents' motion to dismiss is **GRANTED**, and Hill's petition for habeas relief is hereby **DISMISSED** with prejudice, as Hill has been removed from the United States.  Let judgment be entered accordingly.

   **IT IS SO ORDERED.**

Dated this 10th day of March, 2010.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court